# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

C1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIM. NO. 18-614 (BRM) |
| | * | |
| ANGELO N. CURATO | * | |
| | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

1. COVID-19 pandemic, 2. Court's inability to operate at full capacity for indefinite period, 3. Efficiently proceeding with Defendant's case; and 4. Consent of Defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   [ ] Other:

Date: July 18, 2022

*Brian Martinotti* (signature)

Honorable Brian Martinotti
United States District Judge